

# Fourth Court of Appeals
## San Antonio, Texas

August 15, 2014

No. 04-14-00207-CV

Peter **BARTON**,
Appellant

v.

Ana Lisa **GARZA**,
Appellee

From the 229th Judicial District Court, Duval County, Texas
Trial Court No. DC-12-308
Honorable Dick Alcala, Judge Presiding

## O R D E R

On July 22, 2014, we issued an order directing appellant to file an amended brief correcting briefing violations. On August 6, 2014, appellant filed an amended brief correcting the briefing violations. Therefore, absent a request for an extension of time, appellee's brief is due on **September 5, 2014**.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of August, 2014.

_____
Keith E. Hottle
Clerk of Court